27-L033

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RAFAEL H. CAVINAGUA, on his own behalf and
others similarly situated

                                  CONSENT TO JOIN LAWSUIT

               Plaintiffs,       CONSENTIMIENTO
                                   PARA HACER
-against-                           PARTE DE UN A DEMANDA

RORY DOLANS RESTAURANT,           08 civ. 3908
BAR & CATERERS and
RORY DOLANS, an individual,            ECF Case

              Defendants.
-----------------------------------------------------------X

TO:  Clerk of Court, Southern District of New York
       500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:                 RAFAEL H. CAVINAGUA

Address/ Dirección:           2540 DE. VALENTINE AVE AP 33
                                     BRONX. NY. 10458

Phone Number / Numero de Teléfono: 914 906 96-11

Legal Representative / Abogado:   Roman Avshalumov

Signature / Firma:

Date / Fecha: