27-L033

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RAFAEL H. CAVINAGUA, on his own behalf and
others similarly situated

            CONSENT TO JOIN LAWSUIT

       Plaintiffs,  CONSENTIMIENTO
            PARA HACER
-against-         PARTE DE UN A DEMANDA

RORY DOLANS RESTAURANT,  08 civ. 3908
BAR & CATERERS and
RORY DOLANS, an individual,   ECF Case

       Defendants.
-----------------------------------------------------------X

TO: Clerk of Court, Southern District of New York
   500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:      RAFAEL H. CAVINAGUA

Address/ Dirección:     2540 DE. VALENTINE AVE APT 33
            BRONX. NY. 10458

Phone Number / Numero de Teléfono: 914 906 96-11

Legal Representative / Abogado: Roman Avshalumov

Signature / Firma:

Date / Fecha: