AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil case | DATE May 9, 2008 at 4:25 PM |
| NAME OF SERVER (PRINT) Richard Oellrich | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: POB Rory Dolans Restaurant, Bar & Caterers 890 McLean Avenue, Yonkers, NY 10704
Rory Dolans, an individual

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Steve Hughes - Co-worker/Auth. to Accept /Manager

Desc: White Male, Black Hair, 36 yrs., 5'6, 160 lbs.

☐ Returned unexecuted:

Mailing a copy personal and confidential on 5/13/08

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 13, 2008

Signature of Server: Richard Oellrich

Address of Server: Greenwich, CT

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. [illegible]
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil case | DATE May 9, 2008 at 4:25 PM |
| NAME OF SERVER *(PRINT)* Richard Oellrich | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant  Place where served: 890 McLean Avenue, Yonkers, NY 10704
Rory Dolans Restaurant, Bar & Caterers

☒ Left copies thereof at the defendant's ~~dwelling house or usual~~ place of business ~~xxxxxxxxx~~ with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Steve Hughes- Manager, Auth. to Accept

Desc: White Male, Black Hair, 36 yrs., 5'6, 160 lbs.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 13, 2008
              Date

Signature of Server
Richard Oellrich
Greenwich, CT
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

*Lynn M. Tranquellino*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure