**BONNIST & CUTRO, LLP**
800 Westchester Ave., Suite S-332
Rye Brook, New York 10573
(914) 921-4820
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X :
RAFAEL H. CAVINAGUA, on his own behalf and
others similarly situated,            :     08-CIV-3908 (JSR)
          Plaintiff,
                                    :
   - against -            :     **RULE 7.1 STATEMENT**
                                    :
RORY DOLANS RESTAURANT, BAR & CATERERS,
and RORY DOLANS, an individual,      :

         Defendants.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for JMR Restaurant Corp. d/b/a Rory Dolan's Restaurant (incorrectly sued herein as "Rory Dolans Restaurant, Bar & Caterers") certifies that the following are corporate affiliates and/or subsidiaries of said party, which are publicly held.

NONE

DATE:  Rye Brook, New York
           May 27, 2008

                                                     Craig M. Bonnist (CB 3245)
                                                     Bonnist & Cutro, LLP
                                                     800 Westchester Ave., Ste. S-332
                                                     Rye Brook, New York 10573
                                                     *Attorneys for Defendants*

To:   Roman Avshalumov
       Helen F. Dalton & Associates, P.C.
       69-12 Austin Street
       Forest Hills, New York 11375
       *Attorneys for Plaintiff*