# Helen F. Dalton & Associates, P.C.
ATTORNEYS AT LAW

69-12 Austin Street, Forest Hills, NY 11375 • Tel: 718-263-9591 • Fax: 718-263-9598

**Hon. Jed S. Rakoff**
U.S. District Court, Southern District of NY
500 Pearl Street
Courtroom: 14B
New York, NY 10007

June 15, 2008

**Re:** Cavinagua vs. Rory Dolans

**Index #** 2008 CV 3908 (JSR)

Dear Judge Rakoff;

This law firm of Helen F. Dalton and Assoc. P.C. represents the Plaintiff in the above referenced matter.

An Initial Conference on this case is scheduled for June 18, 2008 at 11:00 AM. However, I have a scheduling conflict and respectfully request that this Conference is adjourned until July 2, 2008 or any other time more convenient for your honor. I have made a number of attempts to reach the attorney for Defendants, Craig Bonnist, to get his consent, but was unable to get in touch with him.

Respectfully submitted,

Roman Avshalumov, Esq.
R.A. 5508
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
Tel: (718) 263-9591
Fax: (718) 263-9598

CC: Craig Bonnist (CB 3245)
Bonnist & Cutro, LLP
800 Westchester Ave., Ste S-332
Rye Brook, New York 10573
914.921.4820